☐ **AMENDED**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In re:** | **Todd Ray Hixon** | **Case No.** |
| **Debtors:** | | **Chapter 13** |

## CHAPTER 13 PLAN

**ADDRESS:**   **(1)**   3903 Luther Rd
Memphis, TN 38135        **(2)**

**PLAN PAYMENT:**

**Debtor(1)** shall pay $ 474.00     (☐ weekly, ☐ every two weeks, ☑ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From:   **Jim Keras Buick Company Inc**
**Memphis, TN 38128**      **OR ( ) DIRECT PAY**

**Debtor(2)** shall pay $ _____     (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From: _____    **OR (    ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**     ☐ YES   ☑ NO
(B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**     ☑ YES   ☐ NO
    **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
(C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**     ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                    Monthly Plan Payment:

| | | |
|---|---|---|
| **Lola Hixon** | Paid by: ☐ Debtor(s) directly ☑ Wage Assignment, **OR** ☐ Trustee to: | |
| | ongoing payment begins   CURRENT-To be paid outside of plan | $0.00 |
| | Approximate arrearage:   0.00 | $0.00 |
| **Shelby County Child Support Office** | Paid by: ☐ Debtor(s) directly ☑ Wage Assignment, **OR** ☐ Trustee to: | |
| | ongoing payment begins   CURRENT-To be paid outside of plan | $0.00 |
| | Approximate arrearage:   0.00 | $0.00 |

**5. PRIORITY CLAIMS:**

**-NONE-** _____   Amount _____   $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None** _____   ongoing payment begins _____   $ _____
           Approximate arrearage: _____ Interest _____   $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Ally Financial** | 30,566.00 | 7.25 | $584.00 |
| **Conns** | 500.00 | 7.25 | $169.00 |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER**
**SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]
-NONE-

| Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|
| | | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

AmeriCredit/GM Financial            Collateral:  **2018 Chevrolet Traverse**
                                                 **VIN: 1GNERGKW9JJ140833**

**10. SPECIAL CLASS UNSECURED CLAIMS:**

-NONE-

| Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|
| | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

| | | | | |
|---|---|---|---|---|
| Department of Education/Nelnet | ☐ | Not provided for | OR ☑ | General unsecured creditor |
| EdFinancial services | ☐ | Not provided for | OR ☑ | General unsecured creditor |
| Education Services Foundation | ☐ | Not provided for | OR ☑ | General unsecured creditor |

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $31,134.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐  0.00  %, OR,
☑  THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Larry Jones: Residential            ☑  Assumes  OR ☐  Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ B. David Sweeney                    Date **May 29, 2019** .
B. David Sweeney 012821
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**